IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 7:14-CV-00207 -D

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AUTOZONERS, LLC D/B/A AUTOZONE, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon the motion of Plaintiff Equal Employment Opportunity Commission ("EEOC") to voluntarily dismiss this action with prejudice, it is hereby ORDERED that EEOC's Motion is GRANTED.

This action will be dismissed with prejudice. The parties shall bear their own attorneys' fees, costs and expenses.

IT IS SO ORDERED this 15 day of June, 2015.

JAMES C. DEVER III
Chief United States District Judge